# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-cr-00304-RCJ(PAL) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| MARQUIS WHITE, | |
| Defendant. | |

Under Federal Rule of Criminal Procedure 48(a), and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Criminal Indictment filed on August 16, 2011, as to Defendant Marquis White and requests the case be closed against Marquis White.

Leave of Court is granted for the filing of the foregoing dismissal and the case against Marquis White is dismissed without prejudice.

DATED this 27th day of October, 2011.

_____
ROBERT C. JONES
Chief United States District Judge